# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Jose Marquez, individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br>Skippy's Gyros III, Inc. and Gus Volkos, individually, Defendants. | Case No. 1:15-cv-3422<br>Judge: Hon. Joan B. Gottschall |

## STIPULATION TO DISMISS

The Parties, through counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, state that the parties have agreed and stipulated to dismiss his action in its entirety without prejudice and without costs or attorneys fees pursuant to settlement, except as otherwise provided for by the parties' agreement. On August 20, 2017, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted,

| | |
|---|---|
| **s/ Valentin T. Narvaez**<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646 | **s/ Dan Garbis**<br>The Garbis Law Firm, LLC<br>7101 N. Cicero Ave., Suite 104<br>Lincolnwood, Illinois 60712 |